ROBERT D. LYON, an Infant, by JOHN C. GOODFELLOW, His Guardian ad Litem, Respondent, *v.* QUEENSBORO CORPORATION, Appellant.

(Argued October 17, 1932; decided November 22, 1932.)

*William Dike Reed, Edwin H. Updike* and *Godfrey E. Updike* for appellant.

*Stephen Callaghan* and *John Boyle, Jr.,* for respondent

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.